UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

TAE WON KIM, HEE SOO KIM, and HEATHER KIM,

                *Plaintiffs*,

– against –

KINI LIC CORP, JUWON SONG, and CHAN YOUNG PARK,

                *Defendants*.

<u>ORDER</u>
20-cv-06009 (NCM) (JAM)

**NATASHA C. MERLE**, United States District Judge:

    This Court has received the Report and Recommendation ("R&R") dated September 2, 2025, from the Honorable Joseph A. Marutollo, United States Magistrate Judge. ECF No. 82. No objections have been filed.

    The Court reviews "de novo any part of the magistrate judge's disposition that has been properly objected to." Fed. R. Civ. P. 72(b); *see also Park v. Kim*, No. 20-cv-02636, 2022 WL 3643966, at *2 (E.D.N.Y. Aug. 24, 2022), *aff'd*, 91 F.4th 610 (2d Cir. 2024). Where no timely objections have been filed, "the district court need only satisfy itself that there is no clear error on the face of the record." *Finley v. Trans Union, Experian, Equifax*, No. 17-cv-0371, 2017 WL 4838764, at *1 (E.D.N.Y. Oct. 24, 2017) (quoting *Estate of Ellington ex rel. Ellington v. Harbrew Imports Ltd.*, 812 F. Supp. 2d 186, 189 (E.D.N.Y. 2011)).

    Having reviewed the record, I find no clear error. I therefore adopt the Report and Recommendation, in its entirety, as the opinion of the Court pursuant to 28 U.S.C. § 636(b)(1).

Accordingly, plaintiffs' motion for default judgment is granted with respect to their first through fourth causes of action and denied with respect to their fifth through twelfth causes of action. Judgment is to be entered against defendant Kini LIC Corp. as follows: (a) $16,581.00 in unpaid wages damages, $232.50 in unpaid overtime wages damages, $16,813.50 in liquidated damages, and $8,403.52 in pre-judgment interest to increase by $4.14 per day until entry of judgment to plaintiff Tae Won Kim; (b) $14,884.50 in unpaid wages damages, $14,884.50 in liquidated damages, and $7,439.00 in pre-judgment interest to increase by $3.67 per day until entry of judgment to plaintiff Hee Soo Kim; (c) $7,092.00 in unpaid wages damages, $7,092.00 in liquidated damages, and $3,622.50 in pre-judgment interest to increase by $1.75 per day until entry of judgment to plaintiff Heather Kim; (d) post-judgment interest as set forth in 28 U.S.C. § 1961(a); (e) an award of attorneys' fees totaling $38,006.25; and (f) an award of costs of $4,054.00. Plaintiffs' fifth through twelfth causes of action are dismissed without prejudice.

**SO ORDERED.**

/s/ Natasha C. Merle
NATASHA C. MERLE
United States District Judge

Dated:   October 8, 2025
         Brooklyn, New York